Order entered January 7, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00001-CV

## IN RE: JAMES MATTHEW HURLEY, Relator

On Appeal from the 15th Judicial District Court
Grayson County, Texas
Trial Court Cause No. FA12-1419

## ORDER
### Before Justices Moseley, Francis, and Fillmore

The Court has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses to the petition by January 17, 2013. Relator's motion for emergency relief remains pending before this Court.

JIM MOSELEY
PRESIDING JUSTICE